IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL DONNER, Inmate #K-74205, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-391-WDS |
| ) | |
| F. AHMED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This case was originally filed in the Northern District of Illinois; it was transferred to this District pursuant to an order dated May 16, 2005 (Doc. 6). Prior to that transfer, on March 14, 2005, Plaintiff filed a letter (Doc. 5) that the Court construes as a request for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are now **MOOT**.

IT IS SO ORDERED.

DATED: August 3, 2005

                                              s/ WILLIAM D. STIEHL
                                                  DISTRICT JUDGE