IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL DONNER, Inmate #K-74205,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 05-391-WDS |
| **F. AHMED,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

On Plaintiff's motion, **IT IS ORDERED** that this action is voluntarily dismissed without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

August 3, 2005                By:    s/ WILLIAM D. STIEHL
*Date*                                *District Judge*